UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-2197

JOSEPH GLOVER, JR.,

Plaintiff - Appellant,

versus

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES;
FOOD & DRUG ADMINISTRATION,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-97-107-3-P)

Submitted: November 6, 1997          Decided: November 19, 1997

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Glover, Jr., Appellant Pro Se. James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Glover, Jr., appeals the district court's order dismissing his suit under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (1994), as barred under the statute of limitations. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Glover v. HHS</u>, No. CA-97-107-3-P (W.D.N.C. Aug. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>